# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:97-CR-184-20-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| VERLIE JAMES PATTERSON, JR, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's *pro se* motion for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the Court's two prior Orders (Doc. Nos. 680, 681 & 687).

IT IS SO ORDERED.

Signed: July 7, 2009

Frank D. Whitney
United States District Judge